WR-83,074-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/7/2015 10:43:54 AM
Accepted 4/7/2015 11:04:54 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
4/7/2015
ABEL ACOSTA, CLERK

**EX PARTE**                          §
                                      §
                                      §          **NO. WR-83,074-01**
                                      §
**MICHAEL CHARLES HILL**              §


**APPLICANT'S MOTION TO WITHDRAW AND DISMISS**
**APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT**
**TO ART. 11.07, TEX. CODE CRIM. PROC.**


**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES** the Applicant, MICHAEL CHARLES HILL, and files this Motion

to Withdraw and Dismiss Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex

Code Crim. Proc., and would show the following:

I.

Applicant hereby moves to withdraw and dismiss his Application for Writ of Habeas

Corpus.

II.

Applicant filed a motion in the trial court prior to his writ application being forwarded

to this Court asking that his Application for a Writ of Habeas Corpus be dismissed. That

motion was granted on March 31, 2015. A copy of the order of the trial court is attached as

Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion be

granted.

Respectfully submitted,

/s/ Robert N. Udashen
ROBERT N. UDASHEN, P.C.
Bar Card No. 20369600

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 (fax)

Attorney for Applicant


## CERTIFICATE OF SERVICE

On this 7th day of April, 2015, a true and correct copy of Applicant's Motion to Withdraw Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex. Code Crim. Proc. was delivered to the Dallas County District Attorney's Office, Appellate Section, Frank Crowley Courts Building, 133 N. Riverfront Blvd., L.B. 19, Dallas, Texas 75207.

/s/ Robert N. Udashen
ROBERT N. UDASHEN, P.C.

WRIT NO. W99-70647-N(A)
INDICTMENT NO. F99-70647-N

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | 195TH JUDICIAL DISTRICT |
| | § | |
| MICHAEL CHARLES HILL | § | DALLAS COUNTY, TEXAS |

## APPLICANT'S MOTION TO WITHDRAW AND DISMISS APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT TO ART. 11.07, TEX. CODE CRIM. PROC.

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** the Applicant, MICHAEL CHARLES HILL, and files this Motion to Withdraw and Dismiss Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex Code Crim. Proc., and would show the following:

I.

Applicant hereby moves to withdraw and dismiss his Application for Writ of Habeas Corpus.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion be granted.

Respectfully submitted,

_signature_

ROBERT N. UDASHEN, P.C.
Bar Card No. 20369600

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 (fax)

Attorney for Applicant




EXHIBIT
A

Applicant's Motion to Withdraw and Dismiss Application for Writ of Habeas Corpus - Page 1

## CERTIFICATE OF SERVICE

On this _25_ day of March, 2015, a true and correct copy of Applicant's Motion to Withdraw Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex. Code Crim. Proc. was delivered to the Dallas County District Attorney's Office, Appellate Section, Frank Crowley Courts Building, 133 N. Riverfront Blvd., L.B. 19, Dallas, Texas 75207.

_____
ROBERT N. UDASHEN, P.C.

## ORDER

On this day came on to be considered the motion of Michael Charles Hill to withdraw and dismiss his application for a writ of habeas corpus. The Court, after considering same, is of the opinion said motion should be GRANTED. IT IS THEREFORE ORDERED that the application for a writ of habeas corpus filed by Michael Charles Hill in cause number W99-70647-N(A) is hereby DISMISSED.

SIGNED this _31_ day of _March_____, 2015.

_____
JUDGE PRESIDING